No. 93–7843.  ROBINSON v. STOCK, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–7859.  VAILUU v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–7860.  WINKLER v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 93–7861.  WRIGHT v. MARSHALL ET AL.  C. A. 8th Cir. Certiorari denied.

No. 93–7862.  TERIO v. TERIO.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 93–7864.  SUDA v. BRENNER ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 93–7866.  WILLIAMS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–7868.  BARQUET v. MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 93–7869.  BEDFORD v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–7872.  LABOY v. PUCINSKI.  C. A. 7th Cir.  Certiorari denied.

No. 93–7875.  MCMAHON v. BANK OF AMERICA N. T. & S. A. C. A. 9th Cir.  Certiorari denied.

No. 93–7877.  HAWKINS v. CODY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 93–7882.  JIMENEZ v. MGM.  C. A. 6th Cir.  Certiorari denied.

No. 93–7884.  BAGLEY v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.